# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TODD WILLIAM GREEN

NO. 2023 KW 0722

**SEPTEMBER 25, 2023**

---

In Re: Todd William Green, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 19-FELN-039319.

---

**BEFORE: GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** The party seeking relief is responsible for filing and attaching all documents and exhibits in connection with an application for supervisory writs. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-1. Relator failed to include the bill of information, the guilty plea and sentencing transcripts, the relevant criminal court minutes, and any other pertinent documents from the district court record that would assist with review of his claims. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on the issues presented herein should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT